# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet



KC **FILED**
FEB 26 2008
2-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **Plaintiff(s):** BERNIE B. CLEVELAND | **Defendant(s):** | COUNTY OF COOK |
| **County of Residence:** WILL | **County of Residence:** | |
| **Plaintiff's Address:** | **Defendant's Attorney:** | |

Bernie B. Cleveland
N-91318
Stateville - STV
P.O. Box 112
Joliet, IL 60434

08CV1177
JUDGE COAR
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke    **Date:** 2/26/08