AO 240 (Rev. 9/96)

FILED MHL
2-26-2008
FEB 2 6 2008
MB

# UNITED STATES DISTRICT COURT

District of _____

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bernie B. Cleveland

Plaintiff

V.

Yo Hawkonsent, et al

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

08CV1177
JUDGE COAR
MAGISTRATE JUDGE BROWN

I, Bernie B. Cleveland declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Stateville Correctional Center

   Are you employed at the institution? No   Do you receive any payment from the Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Feb 2, 2007 Between $700.00 & $900.00

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any othe thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   NONE

I declare under penalty of perjury that the above information is true and correct.

11-16-07                         Bennie B. Newland
_____                      _____
Date                             Signature of Applicant


## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

certify that the applicant named herein has the sum of $ ___-0-___ on account to his/her credit a name of institution) __Stateville C__. I further certify that the applican as the following securities to his/her credit: ___-0-___

urther certify that during the past six months the applicant's average balance was $ ___-0-___

11/16/07                         T. ____
_____                       _____
Date                             Signature of Authorized Officer

| | |
|---|---|
| Date: 11/6/2007 | Page 1 |
| Time: 8:50am | |
| d_list_inmate_trans_statement_composite | |

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 05/06/2007 thru End;    Inmate: N91318;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N91318 Cleveland, Bernie**    **Housing Unit:** ~~STA-F-04-28~~ C 856

| | |
|---|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |