MHW

THE CIRCUIT COURT FOR THE _____ JUDICIAL COURT
_____ COUNTY, ILLINOIS

BERNIE B. CLEVELAND )
(Petitioner) )
v. )  No. _____
COOK COUNTY Department of Corr.)
(Respondent) )

FILED
2-26-2008
FEB 2 6 2008  MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), Bernie B. Cleveland, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since Feb. 3-2007, and am presently held in custody and residing at the Stateville Correctional Center in Joliet, Illinois, County of Will.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because:
I'm not a High School Graduation and I'm unable to use the Law Library on a Daily Basis, Could you please help me Thank you!! I only have a 6.0 Ave in school. I'm not employed either.

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).
I wrote a grievance to assulting plaintiff and the grievance has Refuse to Respond Now the Plaintiff Has Been transferred to Stateville Correctional Center so I'm not able to speak with them Any(more)

WHEREFORE, (Petitioner/Respondent) Bernie B. Cleveland, respectfully requests that counsel be appointed to represent (him/her) in this matter.

_Bernie B Cleveland_
(Your Signature)

08CV1177
JUDGE COAR
MAGISTRATE JUDGE BROWN

Type or print name Bernie B. Cleveland
Register number N91318
Stateville Correctional Center
Box 112 Route 53
Joliet, Illinois 60434-0112
(Petitioner/Respondent), Pro Se

Revised Jan 2002

IN THE

_____

_____

Bernie B. Cleveland
Plaintiff,                                   )
                                             )
                                             )   Case No. _____
            v.                               )
                                             )
%Hawkonsen, Gary Timmy                       )
Defendant                                    )

---

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S. District
    Court
    United States Court House
    219 South Dearborn St.
    Chicago, Il 60604

TO: _____
    _____
    _____
    _____

PLEASE TAKE NOTICE that on  Dec. 14th , 20 07 I have placed the documents listed below in the institutional mail at Pinckneyville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12-14-07

/s/ Bernie B. Cleveland
NAME: Bernie B. Cleveland
IDOC#: N91318
Stateville Correctional Center
P.O. BOX 112
     Joliet    ; IL 60434

Revised Jan 2002