UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BERNIE B. CLEVELAND
 Plaintiff

 VS.

C/O HAWKENSEN, C/O CRUMLEY, C/O JANE DOE #1, C/O GANTIMAN, C/O JANE DOE #2, SGT. JOHN DOE, COUNSELOR JONES, SUPERINTENDENT BROOKS KINEDAY/SHERIFF TOM DART, COOK COUNTY IS SUED AS A MUNICIPAL CORPORATION. ALL OTHER DEFENDANT INDIVIDUAL ARE SUED IN THEIR INDIVIDUAL CAPACITY.

**FILED**
2-26-2008
FEB 2 6 2008 MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. _____

JURY TRIAL DEMANDED

08CV1177
JUDGE COAR
MAGISTRATE JUDGE BROWN

A MOTION for CHANGE of ADDRESS

I BERNIE B. CLEVELAND DECLARE THAT I AM THE PETITIONER IN THE ABOVE ENTITLED PROCEEDING; THAT IN SUPPORT OF THE MOTION THAT THE PLAINTIFF HAS BEEN TRANSFER FROM STATEVILLE C.C. TO PINCKNEYVILLE CORRECTIONAL CENTER.

1). THAT BEFORE THE TRANSFER I WAS STAYING AT STATEVILLE CORR. CENTER AT THE TIME I PETITION THIS COMPLAINT.

2). THAT UNDER SUPREME COURT RULING, I AM IN ADVANCE LETTING THE COURTS KNOW MY FULL AND CORRECT INFORMATION: BERNIE B. CLEVELAND N91318 R5A-11, P.O. BOX 999 ROUTE 154 - PINCKNEYVILLE IL 62274

3). THAT FOR MORE THAN A MONTH IN HALF I HAVE BEEN ATTEMPTING TO GET MY PETITION TO THE COURT BUT PINCKNEY VILLE HAS REFUSE TO ALLOW ME TO GAIN ACCESS TO THE COURT.

4). THAT THE PLAINTIFF IN THIS MATTER HAS GRIEVANCE THE REFUSAL TO ACCESS AND THE DEPARTMENT OF CORRECTIONS HASN'T REPLY AS OF YET.

5). THAT ON 1-14-08 PINCKNEYVILLE RETURN THE PETITIONER COMPLAINT OPEN AFTER SEALING IT FOR THE COURT AND THE DEFENDANT ARE REFUSING TO LET MY PACKAGE GO OUT.

#1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

6). THAT ON 01-27-08 THE PETITIONER HAS SENT THE foregoing DOCUMENT BACK OUT AND THE MAIL ROOM AT PINCKNEYVILLE C.C HAS RECEIVE THE ITEMS OPEN AGAIN ON 02-01-08.

7). NOW IT'S BEEN WELL OVER MONTH AND HALF, AN NOW I THE PLAINTIFF NEED HELP INTO THIS MATTER.

8). THE PLAINTIFF HAS OVER 144 COPIES THAT WAS DONE WHILE IN STATEVILLE CORR. CENTER. WHICH ARE PREPARE FOR THE COURT.

9). THAT THE PETITIONER IS ASKING FOR HELP INTO THIS MATTER OR IF YOU MAY DIRECT ME TO SOMEONE WHO CAN HELP ME.

10). ON THE ACCOUNT THAT THIS COMPLAINT HAS BEEN HELD UP DUE TO ILLINOIS DEPARTMENT OF CORRECTIONS AT PINCKNEYVILLE CORRECTIONAL CENTER MAIL ROOM INCOMPETENCY.

11). WHEREFORE THE PETITIONER BERNIE B. CLEVELAND, RESPECTFULLY REQUESTS THIS HONORABLE COURT, GRANT THIS MOTION FOR CHANGE IN ADDRESS DUE TO OFFICIAL MISCONDUCT, STAFF CONDUCT AND NEGLECT OF DUTIES BY PINCKNEYVILLE MAIL ROOM STAFF.

Bernie B. Cleveland
BERNIE B. CLEVELAND
N91318 R5A-11 Pinckneyville C.C.
P.O. BOX 999 Route 154
Pinckneyville Ill 62274
PETITIONER PRO-SE,

#1 of 2