U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

MHW

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Bernie B. Cleveland | 08C1177  08cv1177 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| County of Cook, et al. | S/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Correctional Officer Gantiman — Star No. 5265

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
Cook County Sheriff's Department, 5600 Old Orchard Road, Room 140  
Skokie, Illinois 60077

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Denean K. Sturino  
O'Hagan Spencer LLC  
One East Wacker Drive, Suite 3400  
Chicago, IL 60601

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

➝ 50 W. Washington, Room 704  
Legal Dept. Chicago, IL 60602

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE 04-29-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Td | Date |
|---|---|---|---|---|---|---|
| | 3 of 3 | No. 24 | No. 24 | | | 04-29-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
Matt Burke / Legal Dept

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5-27-08   Time: 11:30 am

FILED  
JUN 0 4 2008 TC  
6-4-2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: One Service fee charged same case + location see process sheet for charges.  
1 DUSM — 1 Hour — 1 Mile

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)