21095-DKS                                                                                                    Case No. 08 CV 1177

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNIE B. CLEVELAND,              ) | |
|                                               ) | |
|            Plaintiff,                      ) | |
|                                               ) | |
|   v.                                         ) | Case No. 08 CV 1177 |
|                                               ) | Honorable David H. Coar |
| COUNTY OF COOK, et al,        ) | |
|                                               ) | |
|            Defendants.                 ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**NOW COMES** the Plaintiff, BERNIE B. CLEVELAND, by and through his attorneys, Denean Sturino and Luke Sheridan of O'Hagan Spencer LLC, and moves this Court for leave to file a First Amended Complaint. In support thereof, Plaintiff, BERNIE B. CLEVELAND states as follows:

1. On February 26, 2008, the Plaintiff filed a nineteen page *Pro Se* Complaint against the County of Cook, Cook County Sheriff Thomas Dart, Cook County Jail Superintendent Snoop, Counselor Jones, Correctional Officer Hawkinson, Correctional Officer Gantiman, Correctional Officer O'Malley, and numerous unnamed John and Jane Does alleging excessive force and conspiracy in violation of 42 U.S.C. §1983 and §1985(3).

2. In conjunction with the Plaintiff filing his *Pro Se* Complaint, the Plaintiff filed a Motion for Appointment of Counsel.

3. On April 25, 2008, the Court issued an Order dismissing the County of Cook, Cook County Sheriff Thomas Dart, Cook County Jail Superintendent Snoop, and Counselor Jones as defendants and directed the Clerk to issue summonses for service of Defendants Hawkinson, O'Malley and Gantiman. Additionally, the Court granted the

21095-DKS                                                                               Case No. 08 CV 1177

Plaintiff's Motion for Appointment of Counsel and appointed Denean K. Sturino to represent the Plaintiff in this matter.

4.  On May 27, 2008, the United States Marshals Service served Defendants Hawkinson, O'Malley and Gantiman with the Plaintiff's *Pro Se* Complaint.

5.  Counsel for the Plaintiff has been in contact with the Plaintiff, who is presently in the custody of the Illinois Department of Corrections in Pinckneyville, Illinois to investigate and evaluate the Plaintiff's causes of action against the named and unnamed defendants in this matter.

6.  Counsel for the Plaintiff is attempting to learn the identities of those individuals listed in the Plaintiff's *Pro Se* Complaint as John and Jane Does so that Counsel can timely amend the Complaint to name these individuals prior to the expiration of the statute of limitations.

7.  Based upon the information learned to date, it has become clear that Counsel for the Plaintiff will need to file an Amended Complaint clarifying some of the allegations made by the Plaintiff in his *Pro Se* Complaint.

8.  Counsel for the Plaintiff requests leave to file an Amended Complaint within 60 days or on or before August 16, 2008.  It is anticipated that Counsel for the Plaintiff will be able to fully investigate the facts relating to the allegations in the *Pro Se* Complaint and be in a position to file an Amended Complaint in that time period. Additionally, Counsel believes that they will be able to complete their investigation into the identities of the names of the John and Jane Does referenced by the Plaintiff in his *Pro Se* Complaint.

21095-DKS                                                                    Case No. 08 CV 1177

**WHEREFORE**, the Plaintiff, BERNIE B. CLEVELAND, requests this Court enter an order granting Plaintiff leave to file an Amended Complaint on or before August 16, 2008.

                Respectfully submitted,

                BERNIE B. CLEVELAND


                By: /s/  Luke P. Sheridan
                Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

21095-DKS                                                                                          Case No. 08 CV 1177

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid this 18th day of June, 2008, to:

                                    Jamie M. Sheehan
                                    State's Attorney's Office
                                    500 Richard J. Daley Center
                                    50 W. Washington
                                    Chicago, IL 60602

                                    By: /s/  Luke P. Sheridan
                                    Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax