## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNIE B. CLEVELAND, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>COUNTY OF COOK, et al, )<br> )<br>Defendants. ) | Case No. 08 CV 1177<br>Honorable David H. Coar |

## NOTICE OF MOTION

TO:  Jamie M. Sheehan, State's Attorney's Office, 500 Richard J. Daley Center, 50 W. Washington, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 25th day of June, 2008, at 9:00 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 1419, Chicago, Illinois and then and there present, **Plaintiff's Motion for Leave to File Amended Complaint**, a copy of which is hereby served upon you.

O'Hagan Spencer, LLC

By: /s/ Luke P. Sheridan
Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2008, a copy of foregoing **Notice of Filing, and Plaintiff's Motion for Leave to File Amended Complaint,** were filed with the United States District Court, Northern District of Illinois. I further certify that a true and correct copy of the foregoing documents were sent via U.S. Mail, postage prepaid, on this 17th day of June, 2008 to:

                                  Jamie M. Sheehan
                                  State's Attorney's Office
                                  500 Richard J. Daley Center
                                  50 W. Washington
                                  Chicago, IL 60602

                                  By: /s/ Luke P. Sheridan
                                  Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax