21095-DKS                                                        Case No. 08 CV 1177

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BERNIE B. CLEVELAND,               )
                                   )
            Plaintiff,             )
                                   )
      v.                           )          Case No. 08 CV 1177
                                   )          Honorable David H. Coar
COUNTY OF COOK, et al,             )
                                   )
            Defendants.            )

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE AMENDED COMPLAINT

**NOW COMES** the Plaintiff, BERNIE B. CLEVELAND, by and through his

attorneys, Denean Sturino and Luke Sheridan of O'Hagan Spencer LLC, and moves this

Court for an extension of time to file a First Amended Complaint.  In support thereof,

Plaintiff, BERNIE B. CLEVELAND states as follows:

1.      On June 18, 2008, Counsel for the Plaintiff filed a Motion for Leave to

File an Amended Complaint on or before August 16, 2008.  At that time, it was

anticipated that Counsel for the Plaintiff would be able to fully investigate the facts

relating to the allegations in the *Pro Se* Complaint, investigate the identities of the John

and Jane Does referenced by the Plaintiff in his *Pro Se* Complaint and be able to file an

Amended Complaint within that time period.

2.      On June 23, 2008, this Court entered a minute order granting Plaintiff's

Motion for Leave to File an Amended Complaint on or before August 16, 2008.

3.      Thereafter, Counsel for the Plaintiff issued written discovery requests in

form of Requests for Production of Documents to the those defendants served in this

matter in order to attempt to locate documents and information to facilitate the

21095-DKS                                                                    Case No. 08 CV 1177

investigation into the facts concerning the allegations in the *Pro Se* Complaint and to

identify the names of the John and Jane Does referenced in the Complaint.  Responses to

the Request for Production of Documents were due on or about July 27, 2008.

4.      To date, the Plaintiff has not received any documents in response to the

Requests for Production of Documents.  Counsel for the Plaintiff has been in contact with

Ms. Jamie Sheehan, counsel for the defendants served in this matter, to discuss when any

documents responsive to the Requests for Production of Documents would be produced.

Ms. Sheehan represented that she had been diligent in attempting to respond to

outstanding discovery but could not provide a date certain when responsive documents

would be produced.

5.      As the deadline to file an Amended Complaint is approaching and the

Plaintiff has yet to receive any documents in response to his Requests for Production of

Documents, the Plaintiff respectfully requests that this Court grant an extension to file an

Amended Complaint on or before September 15, 2008.  It is anticipated that Counsel for

the Plaintiff will have received the documents responsive to the outstanding discovery

requests and be able to fully investigate the facts relating to the allegations of the *Pro Se*

Complaint and to identify the John and Jane Does referenced by the Plaintiff within this

time period.

6.      Counsel for the Plaintiff has spoken with Ms. Jamie Sheehan, counsel for

Defendants Hawkinson, O'Malley and Gantiman, regarding this Motion for an Extension

of Time and Ms. Sheehan indicated that she did not object to this Motion.

21095-DKS                                                                  Case No. 08 CV 1177

**WHEREFORE**, the Plaintiff, BERNIE B. CLEVELAND, requests this Court

enter an order granting Plaintiff's Motion for an Extension of Time to file an Amended

Complaint on or before September 15, 2008.

Respectfully submitted,

BERNIE B. CLEVELAND

By: /s/  Luke P. Sheridan
Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

21095-DKS                                                                Case No. 08 CV 1177

## <u>CERTIFICATE OF SERVICE</u>

       I do hereby certify that a true and correct copy of the foregoing document was

sent via U.S. Mail, postage prepaid this 7th day of August, 2008, to:

> Jamie M. Sheehan
> State's Attorney's Office
> 500 Richard J. Daley Center
> 50 W. Washington
> Chicago, IL 60602

> By: /s/  Luke P. Sheridan
> Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax