## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BERNIE B. CLEVELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 1177 |
| | ) | Honorable David H. Coar |
| COUNTY OF COOK, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Jamie M. Sheehan, State's Attorney's Office, 500 Richard J. Daley Center, 50 W. Washington, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 13th day of August, 2008, at 9:00 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 1419, Chicago, Illinois and then and there present, **Plaintiff's Motion for Extension of Time to File Amended Complaint**, a copy of which is hereby served upon you.

O'Hagan Spencer, LLC


By: /s/  Luke P. Sheridan
Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax

## <u>CERTIFICATE OF SERVICE</u>

   This is to certify that on August 7, 2008, I electronically filed this **Notice of Motion and Plaintiff's Motion for Extension of Time to File Amended Complaint** with the Clerk of Court using the CM/ECF system.  I further certify that a true and correct copy of the foregoing documents were sent via U.S. Mail, postage prepaid, on this 7th day of August, 2008 to:

      Jamie M. Sheehan
      State's Attorney's Office
      500 Richard J. Daley Center
      50 W. Washington
      Chicago, IL 60602

      By: /s/  Luke P. Sheridan
      Counsel for Plaintiff

Denean K. Sturino, (6231325)
Luke P. Sheridan, (6210035)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax