**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bernie B. Cleveland
                Plaintiff,

v.                                         Case No.: 1:08–cv–01177
                                                               Honorable David H. Coar

Hawkonsen, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion for extension of time extension of time to File Amended Complaint [17] is granted. However, counsel for Plaintiff is advised that if Defendants fail to answer discovery requests in a timely fashion, counsel should meet and confer as provided in the local rules and if that does not yield the requested information, the burden upon the requesting counsel is to file a motion to compel forthwith. This court does not anticipate the need for further extensions of time.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.